Susan St. Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California  95389
Telephone: (209) 372-0243

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Docket 6:09-cr-0001-YNP |
|---|---|---|
| Plaintiff, | ) | MOTION TO DISMISS; AND ORDER THEREON |
| v. | ) | |
| LORI ANN BUTZ, | ) | |
| Defendant. | ) | |

The defendant having met all conditions of deferral, the United States hereby moves the Court for an order of dismissal pursuant to 18 United States Code §3607, and by leave of Court endorsed hereon.

Dated: May 28, 2010                         NATIONAL PARK SERVICE


                                            /S/ Susan St. Vincent
                                            Susan St. Vincent
                                            Acting Legal Officer


**ORDER**

IT IS SO ORDERED.

Dated:   June 1, 2010                       /s/ *Michael J. Seng*
                                            UNITED STATES MAGISTRATE JUDGE

1